Argued February 3, affirmed February 17, 1954

## WHITE *v.* WHITE

266 P. 2d 1064

*Gerald J. Meindl,* of Portland, argued the cause for appellant. On the brief were Meindl & Mize and John R. Gilbertson, of Portland.

*David P. Templeton,* of Portland, argued the cause for respondent. With him on the brief were Humphreys & Jones, of Portland.

Before LATOURETTE, Chief Justice, and LUSK, TOOZE and PERRY, Justices.

PER CURIAM.

The trial court ordered the defendant to pay the sum of $125.00 a month for the support of the minor child of the parties. Defendant appeals.

The record sustains the order of the trial court.

Affirmed.